FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0654

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 19-0654

| | |
|---|---|
| TODD DELROY SCHMIDT,<br><br>Petitioner/Appellee,<br><br>-vs-<br><br>AIMEE CATHERINE LAMOREAUX,<br>f/k/a AIMEE CATHERIN SCHMIDT,<br><br>Respondent/Appellant. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF** |

On Appeal From The Montana Eleventh Judicial District Court
Flathead County, Cause No: DR-10-360(A)

THIS MATTER came before the Court upon the motion of Appellee Todd Delroy Schmidt for a 30-day extension to file his Answer Brief. Finding that Appellant does not object to the extension and Appellee has not previously requested an extension,

NOW, THEREFORE, pursuant to Mont.R.App.P. 26(1), it is hereby ordered that Appellee is granted an additional 30 days to file Appellee's Answer Brief. Said brief is now due on April 20, 2020.

DATED this _____ day of March 2020.

For the Court,

By_____
Bowen Greenwood
Clerk of Montana Supreme Court

cc: Megan Timm, Attorney for Appellant
Penni L. Chisholm, Attorney for Appellee

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 17 2020